UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>  Defendants. | Case No. 20-cv-05179-RS<br><br>**ORDER RE BRIEFING OF REQUEST FOR TEMPORARY RESTRAINING ORDER** |

On July 28, 2020, plaintiff Michael Alexander filed a Complaint, Motion for a Temporary Restraining Order ("TRO motion"), and Application to Proceed in Forma Pauperis in the above-captioned matter. *See* ECF No. 1-3.

**Application to Proceed in Forma Pauperis**

The Court hereby **GRANTS** Plaintiff's Application to Proceed in Forma Pauperis. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve upon the Defendants, without prepayment of fees, copies of (i) the Complaint, *see* ECF No. 1, and (ii) the TRO motion, *see* ECF No. 3.

**TRO Motion**

Plaintiff alleges he has pressing health conditions, and risks irreparable harm if certain impediments to his receipt of medical care are not immediately removed. After a preliminary review of the facts averred, the Court determines that although Plaintiff's health concerns carry some urgency, they do not warrant immediate remedial action. The Defendants are therefore ordered to respond to Plaintiff's claims by no later than Friday, August 14, 2020. Plaintiff need not

1   reply to Defendants' responsive briefing, but must do so by August 21, 2020 should he so choose.
2   The parties are hereby advised that, pursuant to Civil Local Rule 7-1(b), the Court finds this
3   matter appropriate for disposition without oral argument.

5   **IT IS SO ORDERED**.

7   Dated: July 29, 2020

_____
RICHARD SEEBORG
United States District Judge