| | |
|---|---|
| **From:** | Michael A. <mrpropriapersona1@gmail.com> |
| **Sent:** | Wednesday, July 29, 2020 3:10 PM |
| **To:** | William Noble |
| **Cc:** | michael alexander |
| **Subject:** | Re: 3:20-cv-05179-RS Alexander v. County of San Mateo et al |

# FROM THE OFFICE OF

# MICHAEL TATER-ALEXANDER

# General Delivery

# Pacifica, California 94044

# mrpropriapersona1@gmail.com

# July 29, 2020

## TO:   William Noble Case Systems Administrator

## In Re:  3:20-cv-05179-RS Alexander v. County of San Mateo

## Subject:  Address(es) of the Defendant(s)

## Defendants

1. San Mateo County Board of Supervisors;

Dave Pine, Carole Groom, Don Horsley, Warren Slocum, David Canepa.

County of San Mateo

400 County Center, Redwood City, CA 94063

(650) 363-4000

------------------------------

2. San Mateo Health Commission. The Commission includes: Ligia Andrade Zuniga, Don Horsley, David J. Canepa, Jeanette Aviles, Si France, George

Pon, Kenneth Tai, Bill Graham, Teresa Guingona Ferrer, and Barbara Miao.

222 W. 39th Avenue
San Mateo, CA 94403

P (650) 573-2222

F (650) 573-2950

3. San Mateo Medical Center

CJ Kunnappilly, CEO of San Mateo Medical Center,

222 W 39th Ave, San Mateo, CA 94403

Main Number: (650) 573-2222

4.     San Mateo County Sheriff Carlos G. Bolanos

San Mateo Sheriff's Office
400 County Center, 3rd Floor
Redwood City, CA 94063

(650) 363-4911

5.     San Mateo Sheriff's Office Lt. Daniel Reynolds

San Mateo Sheriff's Office
400 County Center, 3rd Floor
Redwood City, CA 94063

(650) 363-4911

6.     Allied Universal Security Professionals, the security guards at SMMC and DCC facilities.

4

Supervisor San Mateo Sheriff Lt. Daniel Reynolds, I do not know the security guards names, they refused to provide them.

**San Mateo Sheriff's Office**

400 County Center, 3rd Floor
Redwood City, CA 94063

(650) 363-4911

Or

San Mateo Medical Center,

222 W 39th Ave, San Mateo, CA 94403

Main Number: (650) 573-2222

--------------------------------

**End**

Thank you.

Respectfully submitted,

/S/

Michael Tater (pronounced "Ta-Taire") -Alexander

On Wed, Jul 29, 2020 at 2:08 PM Michael A. <mrpropriapersona1@gmail.com> wrote:

FROM THE OFFICE OF

MICHAEL TATER-ALEXANDER

General Delivery

Pacifica, California 94044

mrpropriapersona1@gmail.com

July 29, 2020

**TO:   William Noble Case Systems Administrator**

**In Re:  3:20-cv-05179-RS Alexander v. County of San Mateo**

**Subject:   Address(es) of the Defendant(s)**

6

## **Defendants**

1. San Mateo County Board of Supervisors;

Dave Pine, Carole Groom, Don Horsley, Warren Slocum, David Canepa.

County of San Mateo

400 County Center, Redwood City, CA 94063

(650) 363-4000

-------------------------------

2. San Mateo Health Commission. The Commission includes: Ligia Andrade Zuniga, Don Horsley, David J. Canepa, Jeanette Aviles, Si France, George

Pon, Kenneth Tai, Bill Graham, Teresa Guingona Ferrer, and Barbara Miao.

222 W. 39th Avenue
San Mateo, CA 94403

P (650) 573-2222

F (650) 573-2950

    3.    San Mateo Medical Center

CJ Kunnappilly, CEO of San Mateo Medical Center,

222 W 39th Ave, San Mateo, CA 94403

Main Number: (650) 573-2222

8

4.     San Mateo County Sheriff Carlos G. Bolanos

San Mateo Sheriff's Office
400 County Center, 3rd Floor
Redwood City, CA 94063

(650) 363-4911

5.     San Mateo Sheriff's Office Lt. Daniel Reynolds

San Mateo Sheriff's Office
400 County Center, 3rd Floor
Redwood City, CA 94063

(650) 363-4911

6.     Allied Universal Security Professionals, the security guards at SMMC and DCC facilities.

Supervisor San Mateo Sheriff Lt. Daniel Reynolds, I do not know the security guards' names, they refused to provide them.

**San Mateo Sheriff's Office**

400 County Center, 3rd Floor

Redwood City, CA 94063

(650) 363-4911

Or

San Mateo Medical Center,

222 W 39th Ave, San Mateo, CA 94403

Main Number: (650) 573-2222

---------------------------------

**End**

Thank you.

Respectfully submitted,

/S/

Michael Tater (pronounced "Ta-Taire") -Alexander

On Wed, Jul 29, 2020 at 11:26 AM William Noble ███████ wrote:

Mr. Alexander:

Can you please review the attached order issued by Judge Seeborg?

The Clerk requires the addresses of where the Defendants can be served by the U.S. Marshal. Can you please email the information to me? Thank you.

Sincerely,

William Noble

Director of Case Administration

San Francisco Clerk's Office

United States District Court

███████

| | |
|---|---|
| **From:** | Michael A. <mrpropriapersona1@gmail.com> |
| **Sent:** | Wednesday, July 29, 2020 3:41 PM |
| **To:** | William Noble |
| **Cc:** | michael alexander |
| **Subject:** | Re: 3:20-cv-05179-RS Alexander v. County of San Mateo et al |

Mr. Noble,

I forgot to include DCC, a division of SMMC, my apologies.

Daly City Clinic,   Steve Needles

380 90th Street
Daly City, CA 94015

650 301-8600

Respectfully,

Michael Alexander

On Wed, Jul 29, 2020 at 11:26 AM William Noble ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Mr. Alexander:
>
> Can you please review the attached order issued by Judge Seeborg?
>
> The Clerk requires the addresses of where the Defendants can be served by the U.S. Marshal.  Can you please email the information to me?  Thank you.
>
>
>
> Sincerely,

1

William Noble

Director of Case Administration

San Francisco Clerk's Office

United States District Court

███████

2