UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER,<br><br>    Plaintiff,<br><br>        v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 20-cv-05179-RS<br><br>**ORDER DENYING LEAVE TO MOVE FOR RECONSIDERATION**<br><br>Re: Dkt. No. 14 |

Plaintiff seeks leave to move for reconsideration of this Court's disposition of his motion for emergency injunctive relief. *See* Dkt. 1. Because he has failed to show that reconsideration is warranted, his request is denied.

**IT IS SO ORDERED.**

Dated: August 26, 2020

_____

RICHARD SEEBORG
United States District Judge