UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALEXANDER,

    Plaintiff,

    v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No. 20-cv-05179-RS

**ORDER RE: SERVICE DISPUTE**

A dispute apparently has arisen between the parties regarding procedures for service of filings on plaintiff. Plaintiff is advised that because he is participating in this action as an e-filer through the ECF system, Civil Local Rule 5-1(h) applies. Accordingly, a Notice of Electronic Filing of any document sent to Plaintiff's ECF-registered electronic mailing address—as conclusively evidenced by ECF electronic mailing reports—constitutes service on Plaintiff. Nor will this Court entertain any notion that Plaintiff cannot access, or is in any regard unfamiliar with, the ECF system, as Plaintiff has already independently filed through that system in this very matter. *See* Dkt. 14.

**IT IS SO ORDERED.**

Dated: August 27, 2020

_____
RICHARD SEEBORG
United States District Judge