UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ALEXANDER,

    Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No. 20-cv-05179-RS

**ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

    Having timely responded to Plaintiff's TRO Motion, the County of San Mateo requests until November 2, 2020 to respond to Plaintiff's Complaint on behalf of itself, the San Mateo County Health Commission, and the Health Plan of San Mateo. The request is granted.

**IT IS SO ORDERED**.

Dated: September 4, 2020

_____
RICHARD SEEBORG
United States District Judge