|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 19 2020 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

MICHAEL ALEXANDER,

        Plaintiff-Appellant,

 v.

COUNTY OF SAN MATEO; et al.,

        Defendants-Appellees.

No.   20-16861

D.C. No. 3:20-cv-05179-RS
Northern District of California,
San Francisco

ORDER

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal filed on September 16, 2020 does not challenge any final or appealable order entered by the district court.  *See* 28 U.S.C. § 1291.  Consequently, this appeal is dismissed for lack of jurisdiction.

    Appellant's notice of appeal contains an alternative request for relief by way of a petition for writ of mandamus.  The petition is denied because appellant has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

    All pending motions are denied as moot.

DA/Pro Se

To date, appellant has not filed a new notice of appeal from the district court's final order entered on October 6, 2020.

**DISMISSED in part; DENIED in part.**

DA/Pro Se

2