**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ALEXANDER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> COUNTY OF SAN MATEO; et al., <br><br> Defendants-Appellees. | No.   20-17189 <br><br> D.C. No. 3:20-cv-05179-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:    SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

The district court found that this appeal is frivolous, and on December 14, 2020, this court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the responses to the court's December 14, 2020 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 9) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**